County _____ Court __US DISTRICT__
State of __NEW YORK__

# AFFIDAVIT OF SERVICES

__THE ROBERT ALLEN GROUP INC__
Plaintiff

__MONIKER ONLINE SERVICES INC, MONIKER ETC__
Defendant

STATE OF FLORIDA
COUNTY OF PALM BEACH
CITY OF WEST PALM BEACH

D/S M. Weinberg, of the Sheriff's Office Palm Beach County, being duly sworn, deposes and says that he is not a party to this action and he is over eighteen years of age; that he is a resident elector of the County of Palm Beach County, State of Florida:
That on __JUN 18 2008__ at __3:30pm__ deponent served the following __COPY OF SUMMONS & COPY OF COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVERSHEET, INDIVIDUAL PRACTICES OF JUDGE SIDNEY H STEIN W.ATTACHED ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L ELLIS__

on __DOMAIN PRIVACY    SERVICE__ defendant therein named.

____PERSONALLY by personally delivering to and leaving with said defendant a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above documents.

____SUBSTITUE by delivering a true copy thereof to and leaving with _____ a person of suitable age (above 15 years of age) at his usual place of abode, and informing the person of the contents thereof (as defined in F.S. 481.031(1).

____CORPORATION by delivering to and leaving with _____ of the Corporation at given address.

__x__ OTHER/SUPPLEMENTAL INFORMATION: __HEATHER BLAUVELT, DESIGNATED RECIPIENT__

RIC L. BRADSHAW, SHERIFF
PALM BEACH COUNTY, FLORIDA

D/S M. Weinberg, #4649

This notary and the sworn Deputy Sheriff are both employed by the Palm Beach County Sheriff's Office

Sworn to before me this __20__ day of __June__, A.D. 2008 at West Palm Beach, Florida

SHARRON GILBERT
MY COMMISSION # DD459846
EXPIRES: September 18, 2009
Fl. Notary Discount Assoc. Co.

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

| | |
|---|---|
| **SERVE** NMC<br>DOMAIN PRIVACY SERVICE | **Court Case #** NEW YORK US DISTRICT NY/DOMAIN 1 |
| **ADDR** 203-168<br>4300 S US HIGHWAY ONE<br>JUPITER, FL 33477 | **TYPE OF WRIT** COPY OF SUMMONS & COPY & COPIES OF COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVERSHEET, INDIVIDUAL PRACTICES OF JUDGE SIDNEY H STEIN W/ATTACHED ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L ELLIS |
| **ATTORNEY** KAPLAN & LEVENSON PC<br>630 THIRD STREET<br>NEW YORK NY 10017 | |

**SERVICE $** COST 35.00
**CHECK** 5470
**PD**
**AT:** 8:18:32 am

**PLAINTIFF:** THE ROBERT ALLEN GROUP INC

**DEFENDANT:** MONIKER ONLINE SERVICES INC, MONIKER ETC

Received this writ on the **18th** Day of **June** A.D. 20 **08** and served the same on the within named person at **830** AM/PM on the **18** day of **June** A.D. **2008** in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☒ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
**Heather Blauvelt** (name) as _____ (capacity).

☐ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ (name) as _____ (relationship).

☐ CORPORATE SERVICE
To _____ holding corporate office of _____.
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____.
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☒ SUPPLEMENTAL INFORMATION

Manager of UPS Store
Heather Blauvelt
w/F Blonde Blue 5'8 130lbs
(No DOB)
Company has P.O. Box 168 UPS Store

By _____ Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
PBSO #0096 REV. 5/00

ORIGINAL COPY