```
Attorney or Party without Attorney:
KAPLAN & LEVENSON P.C.
ATTORNEY AT LAW                                    Case No: 08CIV5378
630 3RD AVENUE                                     Doc. No: 3120806190749
NEW YORK, NY 10017-6705
```

```
       COUNTY OF LOS ANGELES  SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
 Court: DISTRICT       County: NEW YORK                  State: NEW YORK
             THE ROBERT ALLEN GROUP VS MONIKER ONLINE SERVICES
```

## AFFIDAVIT OF SERVICE

I certify that  KEISHIA S. LIMBRICK
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
       SUMMON COMPLAINT

On  06/26/08 at  08:30 AM and that he served the same on the defendant and/or
respondent named below, on the date indicated, by delivering to and leaving
with said defendant and/or respondent in the County of Los Angeles, State of
California, personally, a true and correct copy thereof, with all notices and
endorsements thereon, in the manner and the place and time shown below:

1. Name: OS DOMAIN HOLDING VI, LLC

2. Person served and title:
       JOLETTE ANGELINI, SECRETARY AUTHORIZED TO ACCEPT SERVICE

3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
       08:30 AM
       06/26/08

5. Mailing date, type of mail and place of mailing

6. Address, city and state:
       515 S. FLOWER ST
       LOS ANGELES, CA 90071

       (  ) Home       ( X ) Business

7. Manner of Service:

( X ) (Personal Service) by personally delivering true copies to the person, firm or corporation served.
    ( ) With endorsement of name, place of service and official title on copy served.
    ( ) With required notice written or printed on the face of the process served.
    ( ) Affiant showed the original process to the defendant at the time of such service.

( ) (Identification) was made as to the identify of the person so served was as follows:
    ( ) Photograph of the defendant attached to the process and furnished by the plaintiff herein and made a part of this affidavit.
    ( ) Sex:      Race:              Hair:           Age:
    Weight:        Height:   Ft.    Ins.
    Drivers Lic:                       Other:

( X ) (Military Service) That at the time of service of process, defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 30.00
    NOTARY:          COUNTY CLERK:          TOTAL:$ 30.00
Deputy KEISHIA S. LIMBRICK
SHERIFF'S OFFICE                        LEROY D. BACA, SHERIFF
110 N. GRAND AVE RM 525
LOS ANGELES, CA 90012                   By: _____
(213)974-6613                                           Deputy Sheriff

State of California
County of Los Angeles

On _____ before me,
_____ (Name & Title of Officer)
personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

    WITNESS my hand and official seal.

Signature _____ (Seal)

```
Attorney or Party without Attorney:
KAPLAN & LEVENSON P.C.                        Case No: 08CIV5378
ATTORNEY AT LAW                               Doc. No: 3120806190749
630 3RD AVENUE
NEW YORK, NY 10017-6705

      COUNTY OF LOS ANGELES   SHERIFF'S DEPARTMENT   STATE OF CALIFORNIA
Court: DISTRICT      County: NEW YORK                State: NEW YORK
         THE ROBERT ALLEN GROUP VS MONIKER ONLINE SERVICES

Additional Documents:

RULE 7.1 STATEMENT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
```