**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507  FORT LAUDERDALE, FLORIDA 33310

## RETURN OF SERVICE

Assignment: 1161

Service Sheet # 08-043618

THE ROBERT ALLEN GROUP, INC. vs. MONIKER ONLINE SVCS., ETAL  08-CIV-5378

| PLAINTIFF | VS. | DEFENDANT | CASE |
|---|---|---|---|
| SUM/COMPLAINT/OS | | DISTRICT/ | |

| TYPE OF WRIT | SERVE | COURT | HEARING DATE |
|---|---|---|---|
| MONIKER ONLINE SERVICES, INC. | 20 SW 27TH AVENUE POMPANO BEACH, FL 33069 | SUITE 201 | |

346640
KAPLAN & LEVENSON P.C.
630 THIRD AVENUE
NEW YORK, NY 10017

Received this process on 6/17/2008
Date

☒ Served
☐ Not Served — see comments

6-25-08 at 10:40 AM
Date           Time

15167  Attorney

On MONIKER ONLINE SERVICES, INC., in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☒ To Victor Pitts, holding the following position of said corporation V.P. in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: _____

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY: John Avrienna  D.S.
14577

ORIGINAL

**District** COURT
COUNTY OF

The Robert Allen Group, Inc.

_against_ Plaintiff(s)

Moniker OnLine Svcs., et al Defendant(s)

Index No. #08-CIV-5378

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF FLORIDA COUNTY OF BROWARD SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 2601 W. Broward Blvd, Ft. Laud., Fl. 33312

That on JUNE 25-2008 at 10:40 AM., at 20 SW 27 Ave #201 Pompano Bch, Fl. 33069 deponent served the within summons, and complaint on MONIKER ON LINE Services INC defendant therein named,

INDIVIDUAL 1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☒ a FLORIDA corporation, by delivering thereat a true copy of each to VICTOR PITTS personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Vice President thereof.

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within Florida State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within Florida State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blonde Hair  ☒ Mustache  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
         ☐ Brown Skin  ☐ Gray Hair  ☒ Beard  ☐ 51-65 Yrs.  ☒ 5'9"-6'0"  ☒ 161-200 Lbs.
         ☐ Red Skin  ☐ Red Hair  ☒ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

Other identifying features: _____

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of any state in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of any state or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on June 27, 2008

Carol J. Trefy
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Carol J. Trefy
Commission #DD549410
My Comm. Expires: 05/08/2010

John Auriemma
PRINT NAME BENEATH SIGNATURE

License No. 14577

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language.