UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| THE ROBERT ALLEN GROUP, INC. | : | ECF CASE |
| Plaintiff, | : | Case No.: 08-cv-5738-SHS |
| v. | : | **NOTICE OF APPEARANCE** |
| MONIKER ONLINE SERVICES, INC., MONIKER PRIVACY SERVICES, NAMEKING.COM, INC., OVERSEE.NET, INC., OS DOMAIN HOLDINGS VI, LLC, DOMAIN PRIVACY SERVICE, and DOES 1-10, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that George T. Soterakis, Esq. of Winston & Strawn LLP hereby appears as counsel of record to Defendants MONIKER ONLINE SERVICES, LLC (sued herein as "Moniker Online Services, Inc."), MONIKER PRIVACY SERVICES, NAMEKING.COM, INC., OVERSEE.NET, INC. and OS DOMAIN HOLDINGS VI, LLC and hereby requests that service upon MONIKER ONLINE SERVICES, LLC, MONIKER PRIVACY SERVICES, NAMEKING.COM, INC., OVERSEE.NET, INC. and OS DOMAIN HOLDINGS VI, LLC of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: New York, New York
       July 10, 2008

                                                    WINSTON & STRAWN LLP

                              By:         /s/
                                      George T. Soterakis (GS 0325)

                                      200 Park Avenue
                                      New York, NY 10166
                                      (212) 294-2605
                                      gsoterakis@winston.com
                                      Attorneys for Defendants