# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 214 NORTH TRYON STREET<br>CHARLOTTE, NORTH CAROLINA 28202-1078 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 4 STASOVOY ULITSA<br>119071 MOSCOW, RUSSIAN FEDERATION |
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | (212) 294-6700 | ONE RIVERFRONT PLAZA<br>NEWARK, NEW JERSEY 07102-5401 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | FACSIMILE (212) 294-4700<br>www.winston.com | 25, AVENUE MARCEAU<br>CS 31621<br>75773 PARIS CEDEX 16 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5802 |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071- | | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

WRITER'S DIRECT DIAL
(212) 294-2605

RECEIVED
JUL 15 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

July 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

Re:   Case No. 08-cv-5378 (SHS): Robert Allen Group., Inc. vs. Moniker Online Services, Inc., et al.

Dear Judge Stein:

Winston & Strawn LLP represents Defendants Moniker Online Services, LLC (sued herein as "Moniker Online Services, Inc."), Moniker Privacy Services, Nameking.com, Inc., Oversee.net, Inc. and OS Domain Holdings VI, LLC (collectively referred to as the "Moniker Defendants") in the above referenced matter. We write this letter pursuant to Your Honor's individual practices regarding requests for adjournments or extensions of time.

Plaintiff The Robert Allen Group, Inc. filed the Complaint in this action on June 12, 2008. Defendants OS Domain Holdings VI, L.L.C., Nameking.com, Inc. and Oversee.net, Inc. were served on June 26, 2008 and have until July 16, 2008 to answer or otherwise move in response to the Complaint.

Counsel for the parties have agreed to <u>extend the time by which the Moniker Defendants have to file and serve an answer or otherwise move in response to the Complaint from July 16, 2008 to August 14, 2008.</u> The Moniker Defendants reserve their rights to raise any jurisdictional defenses or other issues unrelated to service that they may have and they each have

SO ORDERED 7/15/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

**WINSTON & STRAWN** LLP

The Honorable Sidney H. Stein
July 14, 2008
Page 2

until August 14, 2008 to file and serve an answer or otherwise move in response to the Complaint. The parties have not previously requested an extension.

We hope that the proposed schedule is acceptable to the Court.

Sincerely,

George T. Sotcrakis

cc:   Eric S. Schaer, Esq. (by facsimile)
      William A. Delgado, Esq. (by facsimile)