08-12-08   01:49pm   From-Winston & Strawn   +12122941713   T-799   P.002/003   F-960
Received: Aug 12 2008 01:51pm

# WINSTON & STRAWN LLP



214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

25, AVENUE MARCEAU
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

WRITER'S DIRECT DIAL
(212) 294-2605

August 12, 2008

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

Re:   Case No. 08-cv-5378 (SHS): Robert Allen Group., Inc. vs. Moniker Online Services, Inc., et al.

Dear Judge Stein:

    Winston & Strawn LLP represents Defendants Moniker Online Services, LLC (sued herein as "Moniker Online Services, Inc."), Moniker Privacy Services, Nameking.com, Inc., Oversee.net, Inc. and OS Domain Holdings VI, LLC (collectively referred to as the "Moniker Defendants") in the above referenced matter. We write this letter pursuant to Your Honor's individual practices regarding requests for adjournments or extensions of time.

    Plaintiff The Robert Allen Group, Inc. filed the Complaint in this action on June 12, 2008. Defendants OS Domain Holdings VI, L.L.C., Nameking.com, Inc. and Oversee.net, Inc. were served on June 26, 2008 and had until July 16, 2008 to answer or otherwise move in response to the Complaint. On July 15, 2008, Your Honor granted the parties' request for an extension of time by which the Moniker Defendants had to file and serve an answer or otherwise move in response to the Complaint to August 14, 2008.

    Counsel for the parties are currently engaged in settlement discussions to amicably resolve the referenced matter. They have agreed to <u>extend the time by which the Moniker Defendants have to file and serve an answer or otherwise move in response to the</u>

**WINSTON & STRAWN LLP**

The Honorable Sidney H. Stein
August 12, 2008
Page 2

Complaint from August 14, 2008 to September 3, 2008. The Moniker Defendants reserve their rights to raise any jurisdictional defenses or other issues unrelated to service that they may have and they each have until September 3, 2008 to file and serve an answer or otherwise move in response to the Complaint.

    We hope that the proposed schedule is acceptable to the Court.

    Sincerely,

    George T. Soterakis

cc:    Eric S. Schaer, Esq. (by facsimile)
       William A. Delgado, Esq. (by facsimile)

SO ORDERED 8/12/08

SIDNEY H. STEIN
U.S.D.J.