Steven M. Kaplan (SK-6909)
KAPLAN & LEVENSON P.C.
*Attorneys for Plaintiff*
630 Third Avenue
New York, NY 10017
212.983.6900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| THE ROBERT ALLEN GROUP, INC., | Case No. 08 CIV 5378 (SHS) (RLE) |
| Plaintiff, | |
| -against- | **NOTICE OF DISMISSAL, WITH PREJUDICE, ONLY AS AGAINST ELEPHANT ORCHESTRA, A.S, IDENTIFIED AS DOE #1** |
| MONIKER ONLINE SERVICES, INC., MONIKER PRIVACY SERVICES, NAMEKING.COM, INC., OVERSEE.NET, INC., OS DOMAIN HOLDINGS VI, LLC, DOMAIN PRIVACY SERVICE, and DOES 1-10, | |
| Defendants. | |

---------------------------------------------------------X

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules Civil of Procedure this action is voluntarily dismissed with prejudice and without costs or attorney's fees to either party only as against Elephant Orchestra, a.s. ("Elephant"), a corporation formed under the laws of Czech Republic with offices at Slezska 111, Praha 3, Prague, 13000, Czech Republic (hereby identified as "Doe #1"), and not as against any other defendant.

{00091657.1 / 1160-001}

Dated: New York, NY
August 18, 2008

KAPLAN & LEVENSON P.C.

By:_ /s/
Steven M. Kaplan (SK6909)
*Attorneys for Plaintiff*
630 Third Avenue
New York, New York 10017
 (212) 983-6900

{00091657.1 / 1160-001}