

PAUL R. LEVENSON
(1955-2005)

September 3, 2008

<u>Via Facsimile (212) 805-7924</u>

Honorable Sidney A. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   The Robert Allen Group, Inc. v. Moniker Online Services, Inc. et al
<u>Case no. 08-CV-5378 (SHS)</u>

Dear Judge Stein:

    I represent plaintiff in the above-referenced matter and write pursuant to Your Honor's individual practice rules to request a brief extension of the remaining defendants' time to respond to the complaint.[1]

    The complaint was filed on June 12, 2008 and served shortly thereafter. The defendants initially had until July 16, 2008 to respond. On July 15, 2008, the Court granted the parties' request for an extension of time for defendants to respond to the complaint until August 14, 2008 while the parties negotiated a possible settlement. Because negations were ongoing, the parties requested a second extension of the time to respond to the complaint until today. That request was granted by order dated August 12, 2008.

    The parties have continued their settlement negotiations in good faith and believe they have reached agreement on all outstanding points with only minor drafting issues remaining. In light of this, the parties jointly request one further extension of time for the defendants to respond to the complaint until September 19, 2008 so that a global settlement can be consummated without further expense. *The initial pretrial conference remains at 9/26/08, at 11:00 a.m.*

Respectfully,

Steven M. Kaplan

cc:   William Delgado, Esq. (via fax)
      George T. Soterakis, Esq. (via fax)

SO ORDERED 9/4/08

SIDNEY H. STEIN
U.S.D.J.

---

[1] Plaintiff settled with one of the John Doe defendants and filed a Notice of Voluntary Dismissal against that defendant on August 14, 2008 (Docket Entry #13).

{00091741.1 \ 1160-001}